1  Robert J. Muller, SBN 189651
   Email: bob@cypressllp.com
2  Douglas P. Roy, SBN 241607
   Email: doug@cypressllp.com
3  Nabil Abu-Assal, SBN 136764                                 JS-6
   Email: nabil@cypressllp.com
4  CYPRESS, LLP                        NOTE: CHANGES MADE BY THE COURT
   11111 Santa Monica Blvd., Suite 500
5  Los Angeles, California 90025
   Telephone: (424) 901-0123
6  Facsimile:  (424) 750-5100

7  Attorneys for Plaintiff Stephen Smith

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12  STEPHEN SMITH, an individual,          ) **Case No. CV 09-6821-JFW (RZx)**
                                           )
13              Plaintiff,                 ) **ORDER RE STIPULATION OF**
                                           ) **DISMISSAL OF LIVEOFFICE LLC**
14       v.                                ) **AND ALEXANDER RUSICH**
                                           )
15  LIVEOFFICE LLC, a Delaware limited     )
    liability company; ALEXANDER           )
16  RUSICH, an individual; and             )
    BASEMENT VENTURES LLC, a               ) Complaint Filed:   9/18/2009
17  California limited liability company,  ) FAC Filed:         8/6/2010
                                           ) Discovery Cut Off: 12/20/2010
18              Defendants.                ) Trial Date:        2/15/2011
                                           )
19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE DISMISSAL
- 1 -

On or about September 18, 2009, Plaintiff Stephen Smith filed his Complaint against defendants LiveOffice LLC, Alexander Rusich (collectively, "Defendants"). On or about January 21, 2010, LiveOffice LLC filed its Counterclaims against Smith ("Counterclaims"). On August 6, 2010, Smith filed his First Amended Complaint ("FAC") against Defendants. On August 9, 2010, the parties stipulated to the voluntary dismissal of the Counterclaims.

On November 9, 2010, Smith and Defendants entered into a settlement agreement resolving all pending disputes and issues ("Settlement Agreement").

On December 3, 2010, the parties stipulated to the dismissal of the FAC, with prejudice.

IT SO ORDERED:

1. The FAC is dismissed with prejudice; and
2. Each party shall bear its own fees and costs.

Dated: December 13, 2010

_____
U.S. District Court Judge